IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-515-MOC-DCK

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., and POLYATOM, LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | ) |
| VISHAL PREEYATHAM REDDY POREDDY, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Christopher G. Browning, Jr., concerning Angelo A. Stio III, on August 16, 2023. Angelo A. Stio III seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Angelo A. Stio III is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: August 22, 2023

David C. Keesler
United States Magistrate Judge