IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-515-MOC-DCK

| | |
|---|---|
| AMERICAN TIRE DISTRIBUTORS, INC., and POLYATOM, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| VISHAL POREDDY, | ) ) ) |
| Defendant. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay" (Document No. 22) filed February 1, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay" (Document No. 22) is **GRANTED**. This case is hereby **STAYED** until **April 1, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a joint Stipulation of Dismissal, or, in the absence of settlement, Defendants shall answer or otherwise respond to Plaintiff's Complaint, on or before **April 11, 2024**.

**SO ORDERED**.

Signed: February 1, 2024

David C. Keesler
United States Magistrate Judge